**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Helen H. Park*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*
*Camden, NJ 08102*
*helen.park@usdoj.gov*

*main: (856) 757-5026*
*direct: (856) 754-2247*

October 8, 2026

**BY ECF**
Hon. Robert Kirsch
United States District Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Torres Valladolid v. Benzel, et al.* No. 26-12960 (RK)**
**Voluntary Departure, Request to Close Case**

Dear Judge Kirsch:

This Office represents Respondents in the above-referenced habeas matter. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office that Petitioner was issued a Form I-286 with a bond amount of $7,500; then was granted voluntary departure from the United States in lieu of removal by an Immigration Judge on October 3, 2026. Ex. A (Form I-210 Voluntary Departure and Verification of Departure). Petitioner must depart from the United States by December 3, 2026. *Id.* Accordingly, Respondents respectfully request that the Court lift all temporary restraints, dismiss the Petition, ECF No. 1, without prejudice and close this case because Petitioner will be departing the country.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Helen Park*___________
HELEN H. PARK
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (by ECF)

**SO ORDERED**

____________________________
**Robert Kirsch, U.S.D.J.**
**Date:** October 8, 2026